# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

DEBBIE MOTICHEK

VERSUS

LOUISIANA DEPARTMENT OF
HEALTH, NORTHLAKE SUPPORT
AND SERVICE CENTER

NO.  2024 CW 1051

**FEBRUARY 24, 2025**

---

In Re:   State of Louisiana, through the Department of Health,
         applying for supervisory writs, Office of Workers'
         Compensation, District 6, No. 24-02782.

---

**BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT DENIED.**

**PMc
WIL
KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT